**Motion granted, Appeal reinstated, and Order filed February 24, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00403-CV
_____

**METROPOLITAN WATER COMPANY, L.P., Appellant**

**V.**

**BLUE WATER SYSTEM, LP AND BLUE WATER VISTA RIDGE, LLC, Appellees**

---

**On Appeal from the 21st District Court**
**Washington County, Texas**
**Trial Court Cause No. 37412**

---

## ORDER

Appellant petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Western District of Texas, under cause number 21-10903. Because a stay is automatically effected by Section 362(a) of the Bankruptcy Code, when this court received notice of appellant's bankruptcy filing, on December 2, 2021, we stayed all proceedings in the appeal. *See* Tex. R. App. P. 8.2.

On February 14, 2022, appellant filed a motion to reinstate the appeal pursuant to Texas Rule of Appellate Procedure 8.3(a). Attached to the motion is a true copy of the bankruptcy court's order lifting the stay for purposes of this appeal dismissing the bankruptcy case.

The motion is granted. Accordingly, the case is ordered **REINSTATED** and placed on the court's active docket.

Appellees' brief is due to be filed with the clerk of this court on or before **March 16, 2022**.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Hassan.